UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. FRAIZER, et al., | No. 2:15-cv-0872 TLN KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF RANCHO CORDOVA, et al., | |
| Defendants. | |

On March 7, 2016, in light of the withdrawal of plaintiffs' counsel, which left all plaintiffs to proceed in this matter *in propria persona*, this action was assigned to the undersigned for all appropriate pre-trial proceedings pursuant to Local Rule 302(c)(21).  (ECF No. 17.)

Accordingly, IT IS HEREBY ORDERED that:

1.  A status (pre-trial scheduling) conference is set for Thursday May 12, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.  All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the status conference, the parties shall meet and confer, and file a joint status report briefly describing the case and addressing the following:

    a.    Service of process;

    b.    Possible joinder of additional parties;

1

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Whether counsel will stipulate to the undersigned acting as settlement judge and waive disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

n. Any other matters that may add to the just and expeditious disposition of this matter.[1]

3. ***Failure to obey the Federal Rules of Civil Procedure, this court's Local Rules,[2] or an order of this court, may result in dismissal of the action or a judgment of default, monetary sanctions, and/or any other appropriate sanctions.*** Although the court liberally construes the

////

---

[1] While the court is aware that the parties previously filed a joint status report in this action on June 19, 2015 addressing many of the above topics (ECF No. 10), the parties are directed to file a new joint status report in light of the subsequent developments in this action and the fact that the previous report addressed the status of this action on a date that was over nine months prior to the filing of the present order.

[2] A copy of the court's Local Rules may be obtained from the Clerk's Office or on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.

pleadings and filings of *pro se* litigants, they are required to abide by all deadlines and procedural requirements.

IT IS SO ORDERED.

Dated: March 31, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3