**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, 161494
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: (916) 929-1481
FAX: (916) 927-3706

Adam U. Lindgren, SBN 177476
Office of the City Attorney
CITY OF RANCHO CORDOVA
2729 Prospect Park Drive
Rancho Cordova, CA 95670
TEL: (916) 851-8808

Blake P. Loebs, SBN 145790
Kevin P. McLaughlin, SBN 251477
MEYERS NAVE RIBACK SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
TEL: (510) 808-2000
FAX: (510) 444-1108
Attorneys for Defendant CITY OF RANCHO CORDOVA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. FRAZIER and KASANDRA A. EMSLANDER, on behalf of themselves and a similarly-situated class of persons,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RANCHO CORDOVA, RANCHO CORDOVA POLICE DEPARTMENT, RANCHO CORDOVA POLICE OFFICER BADGE NO. 168, RANCHO CORDOVA POLICE OFFICER BADGE NO. 1348, and DOES 1 through 100,<br><br>Defendants.<br>/ | Case No.: 2:15-cv-00872-TLN-KJN-PS<br><br>**DEFENDANT CITY OF RANCHO CORDOVA'S STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint Filed: 3/25/15 |

///

///

///

1

**DEFENDANT CITY OF RANCHO CORDOVA'S STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE**

{01547029.DOC}

Defendant CITY OF RANCHO CORDOVA ("Defendant City"), by and through their respective attorneys of record, hereby submit the following Status Report pursuant to the Court's April 1, 2016 Order. On May 4, 2016, the Court issued an Order directing the parties to show cause why they should not be sanctioned for not filing a Joint Status Report.

Defendant City has been unable to contact Plaintiffs to meet and confer regarding the preparation of a Joint Status Report. Defendant City submits the following Status Report on its own behalf. Since Plaintiffs' former counsel withdrew, Defendant City has not been in contact with Plaintiffs. Defendant City understands that mail addressed to the address on file with this Court has been returned as undeliverable. Defendant City does not have updated contact information for Plaintiffs.

Defendant City apologizes to the Court for its non-compliance with the Court's Order requiring a Joint Status Report. Defendant City has no way to contact Plaintiffs and for that reason was unable to prepare a Joint Status Report. Defendant City provides the following Status Report in an effort to rectify its error.

**A.     Service of Process**

Plaintiffs have served all parties in the Complaint and there are no additional parties to be served.

**B.     Possible joinder of additional parties;**

Defendant City does not anticipate any additional parties to be joined.

**C.     Any Expected or Desired Amendment of Pleadings**:

Defendant City does not anticipate amending the pleadings.

**D.     Jurisdiction and Venue**:

This Court has original subject matter jurisdiction to hear this case under 21 U.S.C. §§ 1331 and 1441 as it involves a federal question because Plaintiffs have raised claims pursuant to 42 U.S.C. § 1983. The Court has personal jurisdiction over the parties and venue is proper pursuant to 28 U.S.C. § 1391(b) in that all alleged actions relevant to the claims took place within this District.

///

E.   **Anticipated Motions and the Scheduling of Motions**:

Defendant City anticipates filing a Motion for Summary Judgment/Motion for Summary Adjudication after sufficient discovery has been completed. Defendant City suggests that the last day to hear dispositive motions to be set for July 31, 2017.

G.   **Anticipated and Outstanding Discovery**:

1)   **Rule 26 Disclosures**

Defendant City and Plaintiffs exchanged initial disclosures in July of 2015, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C).

2)   **Discovery Subjects; Discovery Completion; Discovery Phases**

Defendant City has conducted limited written discovery to date, including serving Special Interrogatories on August 11, 2015. Defendant City anticipates the need for further written discovery, subpoenaing documents from third parties, completing the depositions of plaintiffs, and the witnesses identified by plaintiffs.

3)   **Changes to the Federal Rules of Civil Procedure**

Defendant City does not anticipate the need for changes to the Rules in this case.

4)   **Disclosure of Expert Witnesses**

Defendant City proposes that initial expert disclosures be made 30 days after the close of discovery and rebuttal expert disclosures be made 60 days after the close of discovery.

H.   **Future Proceedings**:

Should the court be inclined to set the schedule now, Defendant City suggests the following timing and completion dates, as well as dates for future proceedings in this matter:

| **Deadline** | **Defend City suggests:** |
|---|---|
| Non-Expert Discovery Cutoff | December 2016 |
| Expert Disclosure Cutoff | February 2017 |
| Rebuttal Experts Disclosure Cutoff | April 2017 |
| Dispositive Motions | May 2017 |
| Last Day to Hear Dispositive Motions | July 2017 |
| Final Pretrial Conference | September 2017 |
| Trial Date | October 2017 |

I. **Special Procedures**:

None anticipated.

J. **Estimate of Trial Time**:

The parties estimate the trial will take 8-10 court days.

K. **Modification of Standard Pretrial Procedures**:

None anticipated.

L. **Related Cases**:

Defendant City is unaware of any related cases.

M. **Settlement Conference**:

The parties will notify and request from the court a settlement conference should the parties decide to participate in the same. Defendant City request that any settlement conference be assigned to a judge or magistrate judge not handling the case.

N. **Other Matters**:

There are no other matters at this time.

Dated: May 5, 2016                                Respectfully submitted,

                                                  PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

                                                  By    /s/ Carl L. Fessenden
                                                        Carl L. Fessenden
                                                        Attorneys for Defendant
                                                        CITY OF RANCHO CORDOVA

CASE NAME: *Frazier vs. City of Rancho Cordova, et al.*
USDC Eastern District Case No: 2:15-cv-00872-TLN-KJN-PS

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below, I served the following document: **DEFENDANT CITY OF RANCHO CORDOVA'S STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE**

| | |
|---|---|
| X | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached |
| | **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

| | |
|---|---|
| Christian J. Frazier<br>General Delivery<br>Rancho Cordova, CA 95670<br>PRO SE | Kasandra A. Emslander<br>General Delivery<br>Rancho Cordova, CA 95670<br>PRO SE |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on May 5, 2016.

*/s/ Anita J. Tellmann*
Anita J. Tellmann

{01547029.DOC}                                   5