UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN J. FRAZIER, et al., | No. 2:15-cv-0872-TLN-KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF RANCHO CORDOVA, et al., | |
| Defendants. | |

On May 4, 2016, the undersigned issued an order to show cause ("OSC") in this matter based on the parties' failure to timely file a joint status report in response to the April 1, 2016 order setting this matter for a status (pretrial scheduling) conference. (ECF No. 19.) That order directed both plaintiffs and defendant City of Rancho Cordova to show cause in writing by June 2, 2016, why they should not be sanctioned for their failure to file a joint status report and directed them to file a status report by no later than June 23, 2016. (Id.) Defendant was also directed to indicate in its response whether it has been in contact with plaintiffs in the time since their counsel withdrew from this matter and whether it possessed plaintiffs' updated contact information. (Id.)

Later on May 4, 2016, defendant filed a response to the OSC. (ECF No. 21.) Therein, defendant represents that it failed to timely file a joint status report in response to the April 1,

1

1  2016 order because it was unable to contact plaintiffs to meet and confer regarding the
2  preparation of such a joint report.  (Id. at 2.)  It also represents that it has been unable to contact
3  plaintiffs in the time since their counsel withdrew and does not have any updated contact
4  information for plaintiffs.  (Id.)  As part of its response, defendant includes a status report
5  addressing the topics set forth in the court's April 1, 2016 order.  (Id. at 3-4.)  Based on
6  defendant's representations contained in this filing, IT IS HEREBY ORDERED that the May 4,
7  2016 order to show cause (ECF No. 19) is DISCHARGED to the extent it is directed at defendant
8  City of Rancho Cordova.
9       IT IS SO ORDERED.
10 Dated:  May 9, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN/amd